Exhibit 10

Update on Catalog Registration

Background:
In general, a freelance photographer obtains copyright protection in a photograph at the moment the photograph is created. However, the United States Copyright Act rewards registration of works and limits the damages any creator can receive in the event of an infringement, if the work was not registered before an infringement occurs or within three months of publication.

Unless a photographer has obtained a prior registration of a photograph, the court will only award actual damages in the event of an infringement. No statutory damages, or increased damages for willful infringement can be awarded. Statutory damages are the amount of damages a court can award in its discretion against an infringer, without the owner of a work having to prove that he or she was damaged. Statutory damages can be awarded up to $30,000 per infringement and increased up to $150,000, in the event of willful infringement. In addition, unless the work was registered prior to infringement, no award of attorneys' fees can be made. The reality is that in most situations in which a photograph has been infringed, the amount of damages that can be proven, will not justify the cost of an expensive federal copyright litigation.

The registration of photographs is burdensome and expensive. At present, the fee for each copyright registration is $30. While unpublished photographs can be filed in "collections" of work, published photographs must be individually registered (or if published in the same work, those images may be registered together.) The deposit requirement is also burdensome, a copy of each work filed must accompany the registration application. The Copyright Office is aware that the Copyright Act places a burden on photographers, who create large bodies of work annually, that is not shared by many other creators, such as a writer who might only have a few works to register each year.

It is also obvious that published works are the ones that are scanned, copied and now downloaded. While it would be ideal if every photographer submitted to stock agencies, only registered photographs, most photographers, daunted by the task and expense of copyright registration, do not register their photographs.

PACA members were particularly concerned with protecting the images published in their catalogs. The ability to register a stock photography catalog in such a way that the photographs, as well as the catalog, are all protected under one copyright application has always been a challenge. There are essentially two types of copyrights involved in the publication of a catalog. The agency owns the copyright to the publication as a whole, known as a collective work or compilation, and includes the selection and arrangement of the photographs and any parts of the catalog owned by the agency. In addition, each contributing photographer or illustrator owns the copyright to his or her individual photograph or illustration contained in the catalog.

Copyright Office regulations only permit one claimant per application. Under these regulations, each contributor and the agency would have to file a deposit of two copies of the catalog and a separate application per image (or group of images by one claimant) for $30 per application, amounting to hundreds of applications and fees per catalog.

PACA's meeting with the Copyright Office:
The burden and expense of this procedure resulted in a meeting five years ago among PACA (the then President and the Legal Committee) and the Register of Copyrights, the Chief Examiner and the Head of the Visual Arts Department at the Copyright Office. At this meeting and through follow-up conversations, a recommended simplified registration of catalogs was established. The only way to file ONE application, is for the individual contributors to grant the agency legal title in the photographs for copyright registration purposes. This protects the collection of images (selection and arrangement) and any previously unpublished images published in the catalog. Previously published images must still be registered separately. The copyright can be reassigned to the photographer after registration.

A sample application was published in the PACA newsletter at the time. A copy can be faxed to any member upon request.

Digital Database Registrations:
Over the past five years, with the increased use of the Internet to promote and sell images, the same difficulty arose in registering large collections of photographs by various photographers published within an agency's digital databases. Again, the Copyright Office worked with me in carrying forward the same recommendations made for print catalogs with digital databases. The Copyright Office has a database registration that permits the submission of a database of works on a CD-ROM and then allows the registration of quarterly updates every three months. Thumbnails of 50 images must accompany the application.

The unpublished underlying images can be protected as well as the database as a collection, if the same grant of rights from the contributors is obtained by the stock library that was obtained with the print catalogs. The Contributor Agreement, or another writing, must provide that the photographer is granting legal title to the photographs for registration purposes solely. The stock library agrees to reassign the copyright after registration. It is not the intent that the stock library would own the photographer's copyright, other than for the limited purpose of economically and efficiently registering the work for the photographers' benefit, and then reassigning the copyright back.

A sample database registration and quarterly update application can be faxed to any member upon request.

Nancy E. Wolff, Esq.
Wolff & Godin LLP

Exhibit 11



# Copyright
United States Copyright Office

# Copyright Registration for Single Serial Issues

This circular provides background information about the registration of copyright claims in single serial issues.

For information on group registration for daily newspapers and newsletters, see Circular 62A, *Group Registration of Newspapers and Newsletters on Form G/DN*, and Form G/DN. For information on group registration for weekly or monthly serials, see Circular 62B, *Group Registration for a Group of Serial Issues*.

## Serials

For copyright purposes, serials are defined as works issued or intended to be issued in successive parts bearing numerical or chronological designations and intended to be continued indefinitely. The classification "serial" includes periodicals, newspapers, magazines, bulletins, newsletters, annuals, journals, proceedings of societies, and other similar works.

## Definitions

### Work Made for Hire

A "work made for hire" is a work prepared by an employee within the scope of his or her employment, or a work specially ordered or commissioned for certain uses (including use as a contribution to a collective work), if the parties expressly agree in a written instrument signed by them that the work shall be considered a work made for hire. The employer is the author of a work made for hire.

### Collective Work

A "collective work" is a work, such as a periodical issue, anthology, or encyclopedia, in which a number of contributions, constituting separate and independent works in themselves, are assembled into a collective whole.

## How to Register a Single Issue

Here are the options for registering your copyright, beginning with the fastest and most cost-effective method.

### Option 1: Online Registration

Online registration through the electronic Copyright Office (eCO) is the preferred way to register single serial issues. Advantages of online filing include

- a lower filing fee

- fastest processing time
- online status tracking
- secure payment by credit or debit card, electronic check, or Copyright Office deposit account
- the ability to upload certain categories of deposits directly into eCO as electronic files

**NOTE:** You can still register using eCO and save money even if you will submit a hard-copy deposit, which is required under the mandatory deposit requirements for published works. The system will prompt you to specify whether you intend to submit an electronic or a hard-copy deposit, and it will provide instructions accordingly. Hard-copy deposits are required for all published works.

To access eCO, go to the Copyright Office website at *www.copyright.gov* and click on *electronic Copyright Office.*

**Option 2: Registration with Fill-In Form CO**
The next best option for registering single serial issues is the new fill-in Form CO. Using 2-D barcode scanning technology, the Office can process these forms much faster and more efficiently than paper forms completed manually. Simply complete Form CO on your personal computer, print it out, and mail it along with a check or money order and your deposit. To access Form CO, go the Copyright Office website and click on *Forms.* Do not save your filled-out Form CO and reuse it for another registration. The 2-D barcode it contains is unique for each work that you register.

**NOTE:** Make sure your Form CO has a 2-D barcode on each page. Do not use screen shots to create your Form CO.

**Option 3: Registration with Paper Forms**
Paper versions of forms are still available. The paper forms are not accessible on the Copyright Office website; however, staff will send them to you by postal mail upon request. Remember that online registration through eCO and fill-in Form CO can be used for these types of applications.

**Mailing Addresses for Applications Filed on Paper and for Hard-copy Deposits**

  Library of Congress
  U.S. Copyright Office-SE
  101 Independence Avenue SE
  Washington, DC 20559-6226

**NOTE:** A claim to copyright in a single issue does not give blanket protection for other issues published under the same serial title. Each serial issue is considered a separate work for copyright purposes.

## The Claimant and the Extent of the Claim

The copyright claimant is the person, organization, or legal entity authorized to claim copyright in the serial issue. The claimant is the author or the person or organization to whom all rights have been transferred.

The claimant registering a serial may claim copyright not only in the collective-work authorship for which the claimant is responsible but also in any independently authored contributions in which all rights have been transferred to the claimant by the contributors.

If the serial issue includes any independently authored contributions in which all rights have *not* been transferred by the contributor to the claimant for the serial issue as a whole, those contributions are not included in the claim being registered, because the claimant in these contributions is different from the claimant in the entire serial issue.

A separately authored contribution *can*, however, be registered for copyright independently. To register such a contribution, the contributor should file a separate claim.

## How to Complete the Application

### Author Information
The applicant must determine who is the author of the serial issue covered by the claim and whether the material produced by that author is a "work made for hire." Where the author is a corporation or other organization, the application must indicate that the work was "made for hire." Therefore, in the case of the typical serial issue that is made for hire, the applicant should give the full legal name of the employer and check "yes" to show that the work was made for hire.

### Author Created
In most cases, the preferred description of the authorship in a serial issue is "collective work that may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant." A more specific statement is not generally necessary but may be given if appropriate. If you use online registration or Form SE, check the "collective work ..." box. If you use Form CO, simply state "collective work" at the "other" line. The full statement is not required.

### Copyright Claimant and Transfer
Give the full legal name and address of the claimant for the serial issue as a whole.

When the same name or names appear as author and claimant, there is no need to complete the "transfer" space.

Conversely, whenever the name of the serial claimant is different from the name of the author, a transfer statement is required.

When a serial issue includes independently authored contributions in which all rights have been transferred in writing to the claimant of the entire serial issue, it is not necessary to include the names of the contributors. Whether those contributors are listed or not, the copyright claim in the serial issue as a whole would extend to those contributions.

**NOTE:** If the application includes the names of those contributors who transferred their rights to the serial claimant, the application *must* include a brief transfer statement explaining how the rights were transferred, for example, "by written agreement."

## Notice of Copyright

Before March 1, 1989, the use of the copyright notice was mandatory on all published works, and any work first published before that date should have carried a notice. For works first published on and after March 1, 1989, use of the copyright notice is optional. For more information about copyright notice, see Circular 3, *Copyright Notice.*

## Mandatory Deposit

Under the mandatory deposit provisions of the copyright law, two complete copies of the best edition of each issue of a serial published in the United States must be sent to the Copyright Office for the use of the Library of Congress. If registration is made, this requirement is automatically satisfied. If registration is not made, the two copies must be sent directly to the Copyright Acquisitions Division. (Registration is not mandatory.) It is the responsibility of the owner of copyright or the owner of the exclusive right of publication to fulfill this mandatory deposit requirement within three months after the date of publication in the United States. Failure to make the deposit can result in fines and other penalties.

Deposits of works that are not being registered should be sent to:

*Library of Congress
Copyright Office-407 Serials
101 Independence Avenue SE
Washington, DC 20559-6602*

If applicable, a copy of the mandatory deposit notice must also be included with the submission.

The mandatory deposit requirement also applies to works first published abroad that have subsequently been published in the United States. Copyright Office regulations, however, permit the deposit of one copy of a "foreign work," that is, a work first published abroad that is later distributed in the United States without a change in copyrightable content, if (a) registration for the work is made before the work is distributed in the United States, or (b) registration for the work is made after the work is distributed in the United States but *before a demand* for deposit is *made by this Office.* If registration is not made, or if it is made after a demand, then two copies must be deposited. Failure to make the deposit can lead to fines and other penalties.

## How to Obtain an ISSN Number

Obtaining an International Standard Serial Number (ISSN) is separate from copyright registration. The Copyright Office does not administer ISSN assignment. For information about obtaining an ISSN, write to *Library of Congress, National Serials Data Program, Serial Record Division, 101 Independence Avenue SE, Washington, DC 20540-4160.* Or obtain information from the Library of Congress website at *www.loc.gov/issn.*

## For Further Information

### By Internet

Circulars, announcements, regulations, certain application forms, and other materials are available from the Copyright Office website at *www.copyright.gov.*

### By Telephone

For general information about copyright, call the Copyright Public Information Office at (202) 707-3000. Staff members are on duty from 8:30 AM to 5:00 PM, eastern time, Monday through Friday, except federal holidays. Recorded information is available 24 hours a day. If you want to request paper application forms or circulars, call the Forms and Publications Hotline at (202) 707-9100 and leave a recorded message.

### By Regular Mail

Write to:

*Library of Congress
Copyright Office-COPUBS
101 Independence Avenue SE
Washington, DC 20559-6304*

U.S. Copyright Office · The Library of Congress · 101 Independence Avenue, SE · Washington, DC 20559-6000 · www.copyright.gov

CIRCULAR 62   REV:10/2008   PRINT:10/2008—30,000   Printed on recycled paper           U.S. GOVERNMENT PRINTING OFFICE: 2008-339-733/80,007

# Exhibit 12



Copyright
United States Copyright Office

# Copyright Office Fees

The Register of Copyrights has authority to set fees for specified services provided by the Copyright Office if certain conditions are met. (See Pub. L. 105-80, 111 Stat. 1529 (1997).) These services include, among others, registering claims to copyright, recording documents, and searching copyright records. Section 708(a) of the Copyright Act authorizes the Register of Copyrights to "fix fees for other services ... based on the cost of providing the service."

## Services and Fees

The Copyright Office charges the fees specified below for the services described. A complete list of fees and services appears at the end of this circular. See "Payment of Fees" below for information about payment methods.

### Basic Registrations

An application for copyright registration contains three essential elements: a completed application form, a nonrefundable filing fee, and a nonreturnable deposit—that is, a copy or copies of the work being registered and "deposited" with the Copyright Office.

Here are the options for registering your copyright, beginning with the fastest and most cost-effective method.

**Option 1: Online Registration** · Online registration through the electronic Copyright Office (eCO) is the preferred way to register basic claims for literary works; visual arts works; performing arts works, including motion pictures; sound recordings; and single serial issues. Advantages of online filing include a lower filing fee of $35; the fastest processing time among registration methods; online status tracking; secure payment by credit or debit card, electronic check, or Copyright Office deposit account; and the ability to upload certain categories of works directly into eCO. Note that you can still register using eCO and save money even if you will submit a hard-copy deposit. The system will prompt you to specify whether you intend to submit an electronic or a hard-copy deposit, and it will provide instructions accordingly.

Basic claims include (1) a single work; (2) multiple unpublished works if they are all by the same author(s) and owned by the same claimant; and (3) multiple published works if they are all first published together in the same publication on the same date and owned by the same claimant.

To access eCO, go to the Copyright Office website at *www.copyright.gov* and click on *electronic Copyright Office*.

**Option 2: Registration with Fill-In Form CO** · The next best option for registering basic claims is the new fill-in Form CO. Using 2-D barcode scanning technology, the Office can process these forms much faster and more efficiently

than traditional forms completed manually. Simply complete Form CO on your personal computer, print it out, and mail it along with a check or money order and your deposit (credit cards are not accepted for filings on Form CO unless they are hand-delivered to the Public Information Office, whose address appears at the end of this circular). The fee for a basic registration on Form CO is $45. To access Form CO, go the Copyright Office website and click on *Forms*.

**Option 3: Registration with Paper Forms** · Paper versions of Form TX (literary works); Form VA (visual arts works); Form PA (performing arts works, including motion pictures); Form SR (sound recordings); and Form SE (single serial issues) are still available. The fee for a basic registration using one of these forms is $45 payable by check or money order (credit cards are not accepted for filings on these forms unless they are hand-delivered to the Public Information Office). Form CON (continuation sheet for applications) is also still available on paper.

These paper forms are not accessible on the Copyright Office website; however, staff will send them to you by postal mail upon request. Remember that online registration through eCO and fill-in Form CO (see above) can be used for the categories of works applicable to Forms TX, VA, PA, SR, and SE.

**Applications That Must Be Completed on Paper** · Certain applications must be completed on paper and mailed to the Copyright Office with the appropriate fee and deposit. These applications include Form D-VH for registration of vessel hull designs; Form MW for registration of mask works; Form GATT for registration of works in which the U.S. copyright was restored under the 1994 Uruguay Round Agreements Act; Form RE for renewal of copyright claims; and forms for group submissions, including Form GR/PPh/CON (published photographs), Form GR/CP (contributions to periodicals), Form SE/Group (serials), and Form G/DN (daily newspapers and newsletters). See the fee chart at the end of this circular for registration fees. To access the forms, go to the Copyright Office website and click on *Forms* or call the Copyright Office. Informational circulars about these types of applications are available on the Copyright Office website or by phone.

## Effective Date of Registration

A copyright registration is effective on the date the Copyright Office receives all the required elements in acceptable form. The time the Copyright Office requires to process an application varies, depending on the amount of material the Office is receiving and the method of application.

If you apply online for copyright registration, you will receive an email notification when your application is received.

If you apply on a paper form, you will not receive an acknowledgment of your application (the Office receives more than 600,000 applications annually), but you can expect:

- a certificate of registration indicating that the work has been registered,
- a letter or a telephone call from the Copyright Office if further information is needed, or
- if the application cannot be accepted, a letter explaining why it has been rejected.

The Copyright Office cannot honor requests to make certificates available for pickup or to send them by Federal Express or another express mail service. If you want to know the date that the Copyright Office receives your paper application or hard-copy deposit, use registered or certified mail and request a return receipt.

For further information about copyright registration procedures, see Circular 1, *Copyright Basics*.

### Recordation of Documents

The Copyright Office charges a fee to record documents pertaining to a copyright, such as a transfer of copyright, a will, a license, or a notice of termination. The fee to record a document of any length including no more than one title is $95. Additional titles are $25 for each group of 10 or fewer titles (see note below). Additional transfers in a document are charged at $95 each. At present, all documents must be filed for recordation in paper form; electronic filing is not available. For more information about recordation of documents, see Circular 12, *Recordation and Transfers of Other Documents*. For further details about recording notices of termination, see section 201.10 of the *Code of Federal Regulations*, available at *www.copyright.gov/title37/201/index.html*.

**NOTE:** The additional title fee is based on the number of titles in a document, not the number of works. Thus one work known under two titles is counted as two titles. The Copyright Office will verify title counts.

### Searches of Copyright Office Records

The Copyright Office charges a fee for staff to search records for information about copyright registrations, renewals, transfers, and other documents relating to the copyright status of works. Upon request, the Copyright Office will esti-

mate the total cost of a search. The fee for a search estimate is $100, which is applicable to the search fee. The hourly search fee, including the preparation of an official search report, is $150. For assistance with your search request, complete the form available at *www.copyright.gov/forms/search_estimate.html*, call the Records Research and Certification Section at (202) 707-6850, or send an email to *copysearch@loc.gov*. The Office will not search to determine whether a work similar to a work of interest has already been registered. Such searches are not necessary under copyright law.

**NOTE:** Researchers can also visit the Copyright Office's Public Records Reading Room, located in Room LM-404 of the James Madison Memorial Building of the Library of Congress, 101 Independence Avenue SE, Washington DC 20559-6000, to search Copyright Office catalogs and other records in person. See Circular 22, *How to Investigate the Copyright Status of a Work*, for details.

### Copies of Copyright Office Records

The Copyright Office charges a fee for locating or retrieving records, providing additional certificates of registration, or certifying copyright records. The hourly fee to locate or retrieve Copyright Office records is $150. Additional certificates of registration are $40 each. The charge for certifying a record is $150. The certification fee is in addition to fees for other applicable services, such as fees for searches or photoduplication. To request copies of Copyright Office records, call the Records Research and Certification Section at (202) 707-6787 or send an email to *copycerts@loc.gov*. Under certain limited conditions, copies of copyright deposits may be provided. For more information, see Circular 6, *Obtaining Access to and Copies of Copyright Office Records and Deposits*.

### Preregistration on Form PRE

Unpublished works that are being prepared for commercial distribution and that fall within certain classes of works are eligible for preregistration on Form PRE, which is available only on the Copyright Office website. The fee for preregistration is $100. Form PRE must be completed and filed online; the Office does not accept filings of Form PRE on paper, in person, or by regular mail. For further information about preregistration, see the preregistration information on the Copyright Office website.

### Expedited Services and Special Handling

Some services may be provided on an expedited basis under certain circumstances and with prior approval. Call the Records Research and Certification Section at (202) 707-6850 or send an email to *copysearch@loc.gov* for information about requests for expedited searches. The fee for expedited searches is $400 an hour. For information about requests for expedited copies of Copyright Office records, call the Records Research and Certification section at (202) 707-6787 or send an email to *copycerts@loc.gov*. A surcharge of $240 is added to the regular charges for locating or retrieving records, providing additional certificates of registrations, certifying copyright records, and locating or retrieving in-process records.

Requests for expedited recordation of documents pertaining to copyright and processing of applications for registration of copyrights, mask works, and vessel hull designs are granted at the discretion of the Register of Copyrights. The fee for special handling of documents for recordation is $435. The fee for special handling of qualified applications for registration is $685 each.

Requests must explain why special handling is desired. Examples of when a special handling request may be approved include situations in which the requester is dealing with pending or prospective litigation, cases involving the U.S. Customs Service, contractual matters, or publishing deadlines. The request must include a written certification, that is, a signed statement that the details of the request are correct to the best of the requester's knowledge.

Requests for special handling can be made in person in the Public Information Office or sent by U.S. Postal Service to

*Special Handling*
*Receipt Analysis and Control Division*
*P.O. Box 71380*
*Washington DC 20024-1380*

**NOTE:** This post office box is a U.S. Postal Service mailbox, so delivery to this address must be by way of the U.S. Postal Service, not a private carrier. You can use USPS overnight or priority mail options for quicker delivery. Items mailed to the post office box cannot exceed 12" by 18" by 4" or 20 pounds.

For more information about special handling, see Circular 10, *Special Handling*.

### Requests for Reconsideration

When the Copyright Office refuses to register a claim to copyright, it notifies the applicant in writing. After such notification, the applicant can seek reconsideration not later than three months after the date that appears on the Office's written refusal by sending a letter requesting reconsideration and setting forth his or her objections to the refusal. The cost of a first request for reconsideration is $250 plus $25 for each additional claim in a related group. If registration is again refused, a second request for reconsideration can be

submitted. The cost of a second reconsideration is $500 plus $25 for each additional claim in a related group. The decision of the Copyright Board of Review for the second request for reconsideration constitutes final agency action. For further details, see Form SL 4a, *Interim Guidance: Reconsideration Procedures and Fees*.

### Full-Term Retention

The Copyright Office's general policy is to retain published, registered copyright deposits for at least five years, with the exception of published works registered as visual arts, which are retained for 10 years. Unpublished deposits are ordinarily retained for the full copyright term. Registrants who want to ensure that the Copyright Office retains their published deposits for the full length of the copyright term must pay a fee of $425 to cover processing and storage costs. Send requests for full-term retention to

> Library of Congress
> Copyright Office-IRD
> 101 Independence Avenue SE
> Washington DC 20559-6300
> Attn: Full-Term Retention Request

For more information about full-term retention, see "Full-Term Retention of Copyright Deposits" (37 C.F.R. 202.23) at *www.copyright.gov/title37/202/index.html*.

### Other Claims and Services

Fees for other types of services and claims, such as processing of secure tests and provision of deposit receipts, appear in the fee list at the end of this circular and in Form SL 4, *Copyright Office Fees*. For detailed information about these and other claim types and services, visit the Copyright Office website.

## Payment of Fees

Based on the service provided and the method of its delivery, the Copyright Office accepts payment by credit card; electronic transfer of funds; deposit account; currency; or check, money order, or bank draft payable to *Register of Copyrights*.[1]

**NOTE:** Currency is accepted only when a service is provided in person in the Public Information Office. The Copyright Office does not accept currency by mail and cannot assume any responsibility for the loss of currency sent in payment of copyright fees.

### Electronic Services

Credit card payment is authorized for services provided electronically, including electronic registration of copyright claims through eCO (but not on fill-in Form CO). The Copyright Office accepts American Express, Diners Club, Discover, MasterCard, and Visa for these services. You can also pay for electronic services by electronic check, debit card, or Copyright Office deposit account.

An individual or a firm can establish a deposit account, make advance deposits into that account, and charge copyright fees against the balance in the account instead of sending separate remittances with applications and other requests for services. For information on deposit accounts, see Circular 5, *How to Open and Maintain a Copyright Office Deposit Account*.

### Services by Mail

If a service request is sent by mail, the only acceptable methods of payment are check or money order payable to the *Register of Copyrights* or Copyright Office deposit account (see paragraph above for details about deposit accounts.) If a check received in payment of a registration filing fee is returned to the Copyright Office as uncollectible, registration will be delayed until a valid payment is received. The effective date of registration will be the date the valid fee payment is received.

### Services by Phone or In Person

Fees for some services can be paid by credit card when requests are made by phone. (See the subsection Electronic Services above for a list of the credit cards the Copyright Office accepts.) To charge requests for additional certificates, copies of documents and deposits, certifications, search and retrieval of deposits, and expedited processing, call the Records Research and Certification Section at (202) 707-6787. Call (202) 707-6850 to charge fees for estimating the cost of searching Copyright Office records or for searching the facts of registrations and recordations on a regular or expedited basis.

The Public Information Office accepts credit cards, currency, checks, and money orders in payment of Copyright Office services requested by walk-in visitors. In addition, fees for on-site use of Copyright Office computers, printers, and photocopiers can be charged in person.

### Foreign Checks and Money Orders

All foreign checks or money orders must be redeemable without a service or exchange fee through a U.S. institution, payable in U.S. dollars, and imprinted with American Banking Association routing numbers. Postal money orders and

international money orders that are negotiable only at a post office are not acceptable.

## Refunds

Payments more than $50 in excess of the required fee will be refunded automatically, but refunds of $50 or less will be made only upon written request.

The Copyright Office will not refund filing fees remitted for basic, supplementary, or renewal registration; for preregistration; or for special handling, whether or not copyright registration or preregistration is ultimately made. To cover administrative and processing costs, fees received in conjunction with requests for services will typically not be refunded, even when the services cannot be provided.

Before making any refund for fees remitted in relation to nonregistration services, the Copyright Office will deduct an administrative processing fee in an amount equivalent to one hour of the requested service or the minimum fee for the service (37 C.F.R. 201.6(c)).

## Public Information Office

To secure any of the services described in this circular as being available in person or by phone in the Copyright Office's Public Information Office, visit the address below between 8:30 AM and 5 PM, eastern time, Monday through Friday, or call (202) 707-3000.

*Public Information Office*
*U.S. Copyright Office*
*Library of Congress*
*101 Independence Avenue SE*
*Room LM-401*
*Washington, DC 20559-6300*

## For Further Information

### By Internet

Circulars, announcements, regulations, certain application forms, and other materials are available from the Copyright Office website at *www.copyright.gov*.

### By Telephone

For general information about copyright, call the Copyright Public Information Office at (202) 707-3000. Staff members are on duty from 8:30 AM to 5:00 PM, eastern time, Monday through Friday, except federal holidays. Recorded information is available 24 hours a day. If you want to request paper application forms or circulars, call the Forms and Publications Hotline at (202) 707-9100 and leave a recorded message.

### By Regular Mail

Write to

*Library of Congress*
*Copyright Office–COPUBS*
*Publications Section*
*101 Independence Avenue, SE*
*Washington, DC 20559-6304*

### Note

1  In addition to other services described in this circular that can be paid by credit card, credit card payment is accepted for filings under the Uruguay Round Agreements Act (URAA). These filings include notices of intent (NIEs) to enforce a restored copyright under the URAA and claims to copyright made on Form GATT (General Agreement on Tariffs and Trade). For these filings, only American Express, MasterCard, and Visa are accepted; debit cards are not accepted. See Circular 38B, *Highlights of Copyright Amendments Contained in the URAA*, and Form GATT for details about filing claims under the URAA.

# Ⓒ Copyright Office Fees

*After January 1, 2009, contact the Copyright Office for current fee information*

## Basic Registrations

*Each registration must include a properly completed application form, a nonrefundable filing fee, and a nonreturnable deposit.*

- $35  Electronic registration through eCO (available on the website)
- $45  Registration on Fill-In Form CO (available on the website)
- $45  Registration on Form TX, Form VA, Form PA, Form SE, and Form SR (available by regular mail only)

## Renewal Registrations (paper only)

*For works published or registered before January 1, 1978. These types of applications must be completed on paper and mailed with a fee and a deposit to the Copyright Office. The forms are available on the website or by phone.*

- $75  Form RE
- $220  Addendum to Form RE

## Group Registrations (paper only)

*Fee to register a group of related claims, where appropriate. These types of applications must be completed on paper and mailed with a fee and a deposit to the Copyright Office. The forms are available on the website or by phone.*

- $25  Form SE/Group (serials) (per issue, with minimum 2 issues)
- $70  Form G/DN (daily newspapers and newsletters)
- $45  Form GR/PPh/CON (published photographs) (up to 750 published photographs can be identified on form GR/PPh/CON with a single filing fee)

## Other Paper-Only Registrations

*These types of applications must be completed on paper and mailed with a fee and a deposit to the Copyright Office. These forms are available on the website or by phone.*

- $115  Form CA (to correct or amplify a completed registration)
- $115  Form DC (to correct a design registration)
- $200  Form D-VH (vessel hull designs) ($20 for each page of identifying material beyond 3 pages)
- $45  Form GATT
- $95  Form MW (mask works)

## Preregistrations

- $100  Form PRE

## Special Services Related to Registration (Optional Services)

### Special Handling for Registration of Qualified Copyright Claims

*Fee to expedite processing of qualified claims*

- $685  Special handling fee (per claim)
- $50  Additional fee for each (non-special-handling) claim using the same deposit

### Other Fees Associated with Registration

- $425  Full-term retention of published copyright deposit
- $150  Secure test processing ($/hr)
- $45  Handling extra copy for certification

### Requests for Reconsideration

*For claims previously refused registration*

- $250  First request
- $25  Additional claim in related group (each)
- $500  Second request
- $25  Additional claim in related group (each)

## Other Copyright Service Fees

### Recordation of Documents

*Fee to make a public record of an assignment of rights or other document relating to the disposition of a copyrighted work*

- $95  Recordation of a document, including a transfer of copyright and a notice of termination (containing no more than 1 title)
- $25  Additional titles (per group of 10 or fewer titles)
- $95  Additional transfers (each)
- $435  Special handling of recordation of documents

### Searches of Records

*Fee for searching copyright records and preparing an official report*

- $100  Estimate of search fee
- $150  Locating or retrieving records, including preparation of a report from official records ($/hr)
- $400  Expedited reports ($/hr)

### Copies of Records

*Fees for locating, retrieving, and reproducing records*

- $150  Locating or retrieving records ($/hr)
- $40  Additional certificate of registration
- $150  Certification of records ($/hr)
- —  Copying fee: variable depending on format and size
- $240  Surcharge for expedited services listed above or for certification of a search report ($/hr)

### Miscellaneous Fees

- $20  Receipt for deposit without registration (section 407 deposit)
- $80  Online service provider designation (recordation of an interim designation of agent to receive notification of claimed infringement under section 512(c)(2))
- $50  Notice to libraries and archives (each additional title $20)

### Deposit Account Service Charges

- $150  Overdraft
- $75  Dishonored replenishment check

*For Licensing Division fees, request SL-4L.*

*Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.*

U.S. Copyright Office · Library of Congress · 101 Independence Avenue SE · Washington, DC 20559-6000 · www.copyright.gov

CIRCULAR 4   REV: 07/2008   PRINT: 07/2008—xx,000   Printed on recycled paper      U.S. GOVERNMENT PRINTING OFFICE: 2008-320-958/60,xxx