Maurice Harmon (MH-9051)
Harmon & Seidman LLC
The Pennsville School
533 Walnut Drive
Northampton, PA 18067
Tel: 610-262-9288
Fax: 610-262-9557
Maurice@harmonseidman.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MUENCH PHOTOGRAPHY, INC.,                                   :
    Plaintiff                                            :    09-CV-2669 (LAP)(JCF)
                  v.                                     :
                                                            :    ECF CASE
HOUGHTON MIFFLIN HARCOURT                                   :    ELECTRONICALLY FILED
PUBLISHING COMPANY and                                      :
R.R. DONNELLEY & SONS COMPANY,                              :
    Defendants.                                          :
------------------------------------------------------------X

## NOTICE OF PLAINTIFF MUENCH PHOTOGRAPHY, INC.'S MOTION TO RECONSIDER AND FOR REARGUMENT

PLEASE TAKE NOTICE that, upon the Plaintiff's Memorandum, to be filed in compliance with the Court's May 17, 2010 directive to the parties to submit a briefing schedule, Plaintiff Muench Photography, Inc. moves this Court before the Honorable Loretta A. Preska for an Order, pursuant to S.D.N.Y. L. Civ. R. 6.3, granting reargument and reconsideration of the Order granting Defendants' motion to dismiss (Doc. No. 38).

Wherefore, Plaintiff respectfully requests entry of an order granting reargument and reconsideration.

Dated: May 18, 2010

Respectfully submitted,

/s Maurice Harmon
Maurice Harmon (MH-9051)
Harmon & Seidman LLC
The Pennsville School
533 Walnut Drive
Northampton, PA 18067
Tel: 610-262-9288
Fax: 610-262-9557
Maurice@harmonseidman.com

*Attorneys for Plaintiff Muench Photography, Inc.*

PROOF OF SERVICE (CM/ECF)

I hereby certify that on May 18, 2010, I caused the foregoing pleading to be electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the court's electronic filing system.

/s Maurice Harmon